**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

GOSHUA WILLIAMS, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

DALTON WADE, INC.

Defendant.
_______________________________/

CASE NO. _______________

CLASS ACTION

**NOTICE OF REMOVAL**

Defendant, DALTON WADE, INC., pursuant to 28 U.S.C. §§ 1441 and 1446, and with full reservation of all defenses, removes this action from the Circuit Court of the Fifth Judicial Circuit, in and for Lake County, Florida to the United States District Court for the Middle District of Florida.

In support, Defendant states:

## I. BACKGROUND

1. On February 10, 2026, plaintiff Goshua Williams ("Plaintiff") filed a complaint against Defendant in Lake County Circuit Court.

2. The complaint brings a single count for violation of the Telephone Consumer Protection Act of 1991 ("TCPA"), 47 U.S.C. § 227(c) and 47 C.F.R. § 64.1200(c), and seeks statutory damages, along with declaratory and injunctive relief.

## II. JURISDICTION

3. This Court has jurisdiction over this removed action pursuant to 28 U.S.C. §§ 1331 and 1441. This action arises under the TCPA, 47 U.S.C. § 227(c) and 47 C.F.R. § 64.1200(c), and could have been filed originally in this Court pursuant to 28 U.S.C. § 1331.

## III. STATE COURT RECORD

4. As required by 28 U.S.C. § 1446(a), and Local Rule 1.06(b), Defendants have attached copies of all process, pleadings, orders, and papers docketed in the state court.

## IV. NOTICE GIVEN

5. Written notice of the filing of this Notice of Removal is being promptly served on Plaintiff's counsel, and a copy is being filed contemporaneously with the Clerk of the Fifth Judicial Circuit Court in and for Lake County, Florida, pursuant to 28 U.S.C. § 1446(d).

## V. REMOVAL IS TIMELY

6. Removal is timely under 28 U.S.C. § 1446(b)(1), as this notice is being filed less than 30 days after service of the summons and complaint on Defendant.

## VI. VENUE

7. Under 28 U.S.C. § 1441(a) and Local Rule 1.06, venue is proper in the Ocala Division of the Middle District of Florida.

## VII. NON-WAIVER OF DEFENSES

8. Defendant will respond to the Complaint within the time provided in Fed. R. Civ. P. 81(c)(2). Nothing in this Notice shall be interpreted as a waiver or relinquishment of Defendant's rights to assert any defense or affirmative matter, including without limitation, a motion to dismiss pursuant to Federal Rule of Civil Procedure 12, or any other challenge that may be appropriate as this case progresses.

**WHEREFORE**, Defendant respectfully removes this action from the Circuit Court in and for the Fifth Judicial Circuit, Lake County, Florida, to this Court pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

DATED: April 9, 2026

By: */s/ Bryan D. Hull*

Bryan D. Hull
Florida Bar No. 20969
Lori A. Heim (Lead Counsel)
Florida Bar No. 0055247
Primary email: bhull@bushross.com
Primary email: lheim@bushross.com
Secondary email: lfowler@bushross.com
Secondary email: tmcgowen@bushross.com
BUSH ROSS, P.A.
Post Office Box 3913
Tampa, Florida 33601-3913
(813) 224-9255 (tel.)
(813) 223-9620 (fax)
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 9, 2026, the foregoing was filed with the Clerk of Court using the CM/ECF system, and a copy was served via e-mail to Mitchell D. Hansen (mitchell@jibraellaw.com), Rena A. Lerner (rena@jibraellaw.com), Zane C. Hedaya (zane@jibraellaw.com), and Gerald D. Lane, Jr. (gerald@jibraellaw.com), Attorneys for the Plaintiff.

*/s/ Bryan D. Hull*
Attorney