**Case #:** 35-2026-CA-000325-AXXX-01

**File Date:** 02/10/2026

**Party Name/Business:** WILLIAMS, GOSHUA

**Court Type :** Circuit Civil

**Name Suffix:**

**Case Type:** Other-Other

**DOB:**

**Case Status:** OPEN

**Party Type:** Plaintiff

**Restitution Balance:** $0.00

**Offense Date:**

## Court Events

## Parties

**Judge:** MOSLEY, DAN R

| Full Name | Party Type | Sex | Race | Date of Birth | AKA | Deceased | Sheriffs # | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| WILLIAMS, GOSHUA () | Plaintiff | | | | | | | | |
| DALTON WADE INC | Defendant | | | | | | | | |

## Charges

| Count | Citation # | Statute # | Description | Disposition | Disposition Date | Offense Date | Sentence | Sentence Status | Offense Level | Plea | Plea Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| No records found | | | | | | | | | | | |

## Dockets

| Image | Docket Number | Effective Date | Count | Description | Docket Text | Book | Page |
|---|---|---|---|---|---|---|---|
| ☐ | 1 | 02/10/2026 | 0 | CIVIL COVER SHEET | | | |
| ☐ | 2 | 02/10/2026 | 0 | COMPLAINT | **JURY DEMAND** // CLASS ACTION | | |
| ☐ | 3 | 02/10/2026 | 0 | SUMMONS TO BE ISSUED BY CLERK | | | |
| ☐ | 4 | 02/11/2026 | 0 | PAID $410.00 ON RECEIPT 3141224, FULLY PAID | $410.00 3141224 Fully Paid | | |
| ☐ | 5 | 02/11/2026 | 0 | SUMMONS ISSUED TO DALTON WADE INC, | DALTON WADE INC, | | |
| ☐ | 6 | 03/19/2026 | 0 | CASE MANAGEMENT ORDER | | | |
| ☐ | 7 | 03/19/2026 | 0 | ORDER | ESTABLISHING MOTION PRACTICE PROCEDURE | | |

## Linked Cases

| Case Number | Party Name/Business | Offense Date | Case Status |
|---|---|---|---|
| No records found | | | |

EXHIBIT
A

## Sentences

| Date | Count | Sentence | Confinement | Term | Credit Time | Conditions | Status |
|---|---|---|---|---|---|---|---|
| No records found | | | | | | | |

## Arrests & Bonds

## Arrests & Bonds

| Arrest Date | Arresting Agency | Agency Number | Booking # | Incident # |
|---|---|---|---|---|
| No records found | | | | |

## Arrests & Bonds

| Count | Type | Bond # | Bondsman | Surety Company | Cash Depositor | Amount | Closed Date | Forfeiture Date | Effective Date | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| No records found | | | | | | | | | | |

## Fees

*Balance: **$0.00***

(The fees listed below do not necessarily reflect all outstanding fees on the case. For complete balance information, please contact the Clerk's office.)

| Effective Date | Due Date | Fee Description | Amount Due | Amount Paid | Balance | In Judgment | In Collections |
|---|---|---|---|---|---|---|---|
| 02/11/2026 | 02/11/2026 | Lake - Circuit Civil Filing Fee | $400.00 | $400.00 | $0.00 | | |
| 02/11/2026 | 02/11/2026 | Lake - Circuit Civil Summons Fee | $10.00 | $10.00 | $0.00 | | |
| | | | $410.00 | $410.00 | $0.00 | | |

| Plan # | Scheduled Payment Amount | Balance Due | Partial Payment |
|---|---|---|---|
| No records found | | | |