UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

GOSHUA WILLIAMS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CASE NO. 5:26-cv-263-PGB-PRL
CLASS ACTION

DALTON WADE, INC.,

Defendant.
_______________________________/

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO THE COMPLAINT**

Defendant, DALTON WADE, INC., by and through the undersigned counsel, answers the Complaint as follows:

1. This "Preliminary Statement" does not contain allegations to which Defendant is required to respond.

2. This "Preliminary Statement" does not contain allegations to which Defendant is required to respond.

3. This "Preliminary Statement" does not contain allegations to which Defendant is required to respond.

4. Deny that Plaintiff is entitled to any relief pursuant to the TCPA or that this case is appropriate for class certification.

5. Deny as phrased because Defendant obtains consent from recipients of text messages prior to the text messages being sent.

6. Deny.

7. Admit for subject matter jurisdiction purposes only; deny that Plaintiff is entitled to damages from Defendant.

8. Admit for personal jurisdiction purposes only; deny all allegations of unlawful conduct.

9. Without knowledge and therefore deny and leave Plaintiff to the necessary proof as to this paragraph.

10. Admit.

11. Deny that this is an appropriate reference to "Defendant."

12. Without knowledge and therefore deny and leave Plaintiff to the necessary proof as to this paragraph.

13. Without knowledge and therefore deny and leave Plaintiff to the necessary proof as to this paragraph.

14. Without knowledge and therefore deny and leave Plaintiff to the necessary proof as to this paragraph.

15. Without knowledge and therefore deny and leave Plaintiff to the necessary proof as to this paragraph.

16. Without knowledge and therefore deny and leave Plaintiff to the necessary proof as to this paragraph.

17. Without knowledge and therefore deny and leave Plaintiff to the necessary proof as to this paragraph.

18. Without knowledge and therefore deny and leave Plaintiff to the necessary proof as to this paragraph.

19. Deny that Plaintiff has not made inquiry regarding Defendant's services. Without knowledge and therefore deny and leave Plaintiff to the necessary proof as to the remaining allegations.

20. Deny.

21. Deny.

22. Deny that class certification is appropriate in this case.

23. Deny that class certification is appropriate in this case.

24. Deny that class certification is appropriate in this case.

25. Deny.

26. Deny that class certification is appropriate in this case.

27. Deny, including subparagraphs.

28. Deny.

29. Deny.

30. Deny.

31. Deny.

32. Deny.

**COUNT I**
**VIOLATIONS OF 47 USC § 227(c) and 64.1200(c)**

33. Defendant realleges its responses to paragraphs 1-32 as if set forth in full herein.

34. The language of 47 C.F.R 64.1200(c) is clear and Defendant denies any allegation that is inconsistent with such language.

35. The language of 47 C.F.R 64.1200(c) is clear and Defendant denies any allegation that is inconsistent with such language.

36. The language of 47 C.F.R 64.1200(c) is clear and Defendant denies any allegation that is inconsistent with such language.

37. Deny.

38. Deny.

39. Deny.

40. Deny.

**AFFIRMATIVE DEFENSES**

1. Defendant has established and implemented reasonable practices, policies and procedures to prevent TCPA and Do Not Call List violations by requiring consent before text messages are sent to consumers and by requiring its agents to comply with the TCPA and Do Not Call Lists.

2. Messages like the ones depicted in the Complaint are not sent on behalf of Defendant's agents unless consent has been given by the

recipient. Therefore, if Plaintiff received the messages depicted in the Complaint, then Plaintiff consented to receive those messages.

/s/ Lori A. Heim
Lori A. Heim, Esquire
Florida Bar No. 0055247
lheim@bushross.com
Bryan D. Hull, Esquire
Florida Bar No. 20969
bhull@bushross.com
Susannah L. Crotts, Esquire
Florida Bar No. 1038838
scrotts@bushross.com
Secondary email: tmcgowen@bushross.com
**BUSH | ROSS, P.A.**
1801 North Highland Avenue
Tampa, Florida 33602
Telephone: (813) 204-6444
*Counsel for Defendant, Dalton Wade, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 16, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

BUSH | ROSS, P.A.

/s/ Lori A. Heim
Lori A. Heim, Esquire
Florida Bar No. 0055247