**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

GOSHUA WILLIAMS
INDIVIDUALLY AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED,
Plaintiff,

v. Case No. 5:26-cv-00263-PGB-PRL

DALTON WADE INC.,
Defendant.

---

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

☒ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

Lake County, FL, Circuit Court
35-2026-CA-000325-AXXX-01

☐ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Dated: May 6, 2026

Respectfully submitted,

/s/ Mitchell D. Hansen
**MITCHELL D. HANSEN, ESQ**
Florida Bar No.: 1065929

E-mail: mitchell@jibraellaw.com
**GERALD D. LANE, JR., ESQ**
Florida Bar No.: 1044677
E-mail: gerald@jibraellaw.com
**ZANE C. HEDAYA, ESQ**
Florida Bar No.: 1048640
E-mail: Zane@jibraellaw.com
The Law Offices of Jibrael S. Hindi PPLC
1515 NE 26th Street,
Wilton Manors, Florida 33305
Phone: 813-340-8838

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

/s/ Mitchell D. Hansen
**MITCHELL D. HANSEN, ESQ**
Florida Bar No.: 1065929
E-mail: mitchell@jibraellaw.com

*COUNSEL FOR PLAINTIFF*