**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**GOSHUA WILLIAMS,**

**Plaintiff,**

**v.** **Case No.: 5:26-cv-00263-PGB-PRL**

**DALTON WADE, INC.,**

**Defendant,**

---

## ORDER

This case is before the Court upon periodic review. On July 9, 2026, the Court entered an Order directing Plaintiff to file a Notice of Mediation on or before July 15, 2026. (Doc. 25 (the "**Order**")). Plaintiff was cautioned that failure to timely comply with the Order "may result in the imposition of appropriate sanctions, including dismissal of this case without prejudice without further notice." (*Id.*). Plaintiff has failed to comply with the Order, and the time to do so has now passed.

Therefore, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE.** The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on July 24, 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties